KYLE J. KAISER (13924)
DIANA F. BRADLEY (14603)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah  84114-0856
Telephone: (801) 366-0100
Email: kkaiser@agutah.gov
           dbradley@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MICHAEL PAUL KUNZLER<br><br>            Plaintiff,<br>v.<br><br>DAN BRIGGS, an individual; FRANCINE A. GIANI, EXECUTIVE DIRECTOR OF UTAH DEPARTMENT OF COMMERCE; and MARK B. STEINAGEL, DIRECTOR, DIVISION OF OCCUPATIONAL AND PROFESSIONAL LICENSING<br><br>            Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>Case No.  1:16-cv-00109-CW-BCW<br><br>Judge Clark Waddoups<br>Magistrate Judge Brooke C. Wells |

Based on the parties' Stipulated Motion to Extend Time to File Dispositive Motions, the Court hereby enters the following order:

Based on the pleadings of the parties and for good cause showing, the parties' Stipulated Motion to Extend Time to File Dispositive Motions is **GRANTED**.  The deadline to file Dispositive Motions shall be extended up to and including **October 22, 2018**.

DATED this 30th day of July 2018.

BY THE COURT:

*Brooke C. Wells*

Magistrate Brooke C. Wells